**Press Koral LLP**

7 World Trade Center, 46th Floor
New York, NY 10007

Matthew J. Press  Cell (347) 419-0983
(212) 922-1111  mpress@presskoral.com

August 10, 2023

**BY ECF**

Hon. David S. Jones
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

> **Re:** *Roy Food and Wine LLC and I.K. Finanziaria SRL, individually and as members of F & W International LLC v. Paolo Meregalli,* Case No. 20-10716 (DSJ), Adv. Proc. No. 20-01183 (DSJ)

Dear Judge Jones:

This firm is counsel to Plaintiff Roy Food and Wine LLC and I.K. Finanziaria SRL, individually and as members of F & W International LLC ("Plaintiffs") in connection with the above adversary proceeding, which seeks the denial of a discharge to Debtor Paolo Meregalli ("Debtor"). I write pursuant to the Court's Order, dated July 27, 2023, Directing Submission of a Status Report.

On June 8, 2020, Plaintiffs filed the adversary complaint in this matter, alleging that the Debtor defrauded and breached his fiduciary duties them as investors in connection with a restaurant business. On August 7, 2020, Defendant answered. Per the Court's scheduling order, on October 1, 2020, Plaintiffs served their initial disclosures on Debtor. Thereafter, Debtor failed to serve initial disclosures or otherwise participate in discovery. Instead, on October 19, 2020, Debtor's counsel, Aronow Law, P.C., moved to withdraw in both the main bankruptcy case and the adversary proceeding. By Order, dated January 20, 2021, the Court granted Debtor's counsel's motion to withdraw in all respects.

Since January 2021, no new attorney has appeared to represent Debtor either in the bankruptcy case or the adversary proceeding, nor has the Debtor appeared to represent himself *pro se*. Plaintiffs lack current contact information for Debtor. In connection with the Court's Order, I contacted Debtor's former counsel, who said he would reach out to Debtor, but as of the time of this letter I have not heard back.

Under the circumstances, Plaintiffs submit that the Debtor has defaulted on the adversary complaint and the relief sought in the adversary complaint should be granted. Alternatively, if the Court wishes, and if Debtor surfaces with counsel or appears *pro se*, Plaintiffs are prepared to complete expedited document discovery, take a single deposition of the Debtor and proceed to trial.

Respectfully Submitted,

Matthew J. Press